NO. 07-10-0449-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 3, 2011
_____

In the Interest of T.L.C.G. and T.M.C.G., Children
_____

FROM THE 320th DISTRICT COURT OF POTTER COUNTY;

NO. 49,888-D; HON. DON EMERSON, PRESIDING
_____

***MEMORANDUM OPINION***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Tony Wayne Gindratt perfected this appeal on October 28, 2010. The appellate record was due on or about November 29, 2010. The court reporter has filed a motion to extend the time to file the record because appellant apparently failed to pay or make arrangements to pay for it, as required by Texas Rule of Appellate Procedure 35.3(b)(3). By letter dated December 14, 2010, we directed appellant to certify to this court, by December 28, 2010, that he had complied with rule of procedure 35.3(a)(1)(2) and 35.3(b)(3). So too was he informed that failure to meet that deadline would result in the dismissal of his appeal. To date, this court has not received either the clerk's record, the reporter's record, or notification that the records have been paid for or that arrangements

have been made for payment.  Nor has this court received any request to postpone the dismissal date.  Consequently, we dismiss the appeal for want of prosecution.


Per Curiam